**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
─────────────────────────────────────

**VOICE TELE SERVICES INC.,**

               **Plaintiff,**         **19-cv-5252 (JGK)**

      **- against -**             **MEMORANDUM OPINION AND ORDER**

**BLU-DOT TELECOMS LTD.,**

               **Defendant.**
─────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    The Court has reviewed the Report and Recommendation by Magistrate Judge Ona Wang that was issued after an inquest on damages, after this Court determined that the plaintiff was entitled to a default judgment. No objections have been filed and the time for objections has passed. In any event, the court finds that the Report and Recommendation are well-founded, and the Court adopts them.

    Therefore, the Clerk is directed to enter judgment in favor of the plaintiff and against the defendant as provided in the Report and Recommendation, namely: (1) $253,279.47 in damages; (2) $12,450.52 in pre-judgment interest and an additional $62.45 per day in pre-judgment interest from September 28, 2019 to the date of judgment to be calculated by the Clerk; and (3) $420 in Costs.

    Post-judgment interest will accrue pursuant to the federal statutory rate pursuant to 28 U.S.C. § 1961.

The Clerk is directed to enter judgment accordingly and to close this case. The Clerk is also directed to close any pending motions.

**SO ORDERED.**

**Dated:** **New York, New York**
**December 20, 2019**                     _____/s/ John G. Koeltl____
                                              **John G. Koeltl**
                                       **United States District Judge**