UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
VOICE TELE SERVICES INC.,

                Plaintiff,

            -against-

BLU-DOT TELECOMS LTD.,

                Defendant.
-----------------------------------------------------------X

19 CIVIL 5252 (JGK)

**DEFAULT JUDGMENT**

It is hereby **ORDERED, ADJUDGED, AND DECREED**, That pursuant to the Court's Memorandum Opinion and Order dated December 20, 2019, Magistrate Judge Ona Wang's Report and Recommendation is adopted; no objections have been filed and the time for objections have passed; judgment is entered in favor of the plaintiff and against the defendant as provided in the Report and Recommendation, namely: (1) $253,279.47 in damages; (2) $12,450.52 in pre-judgment interest and an additional $62.45 per day in pre-judgment interest from September 29, 2019 to the date of judgment in the amount of $5,245.80; and (3) $420 in costs, for a total sum of $271,395.79; Post-judgment interest will accrue pursuant to the Federal statutory rate pursuant to 28 U.S.C. § 1961: accordingly, this case is closed.

**DATED**: New York, New York
            December 20, 2019

                                              RUBY J. KRAJICK
                                              Clerk of Court

                                        By:
                                              Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____